FOIA Summons (1/13) (Page 2)

Civil Action No.

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Attorney for the District of Columbia, Civil Process Clerk
was received by me on *(date)* 01/29/2026 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Pursuant to the rules for email service outlined on the website for the U.S. Attorney's Office for the District of Columbia, I sent email service to USADC.ServiceCivil@usdoj.gov.
Service was accepted with a date of January 29, 2026.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 02/03/2026

*Server's signature*

Margaret (Emmy) Wydman, Associate
*Printed name and title*

Civil Service Law Center LLP
1455 Pennsylvania Ave NW, Suite 400
Washington, DC 20004
*Server's address*

Additional information regarding attempted service, etc:

Email confirmation attached.

# Emmy Wydman

| | |
|---|---|
| **From:** | USADC-ServiceCivil <USADC.ServiceCivil@usdoj.gov> |
| **Sent:** | Thursday, January 29, 2026 4:42 PM |
| **To:** | Emmy Wydman; USADC-ServiceCivil |
| **Cc:** | Clayton Bailey; Information |
| **Subject:** | RE: Bower v. U.S. Department of Justice (1:26-cv-00215) |

The summons and complaint have been received by email, with a service date of January 29, 2026.

Civil-process Clerk, U.S. Attorney's Office for the District of Columbia

---

**From:** Emmy Wydman <ewydman@civilservicellp.com>
**Sent:** Thursday, January 29, 2026 9:50 AM
**To:** USADC-ServiceCivil <USADC-ServiceCivil@usa.doj.gov>
**Cc:** Clayton Bailey <cbailey@civilservicellp.com>; Information <info@civilservicellp.com>
**Subject:** [EXTERNAL] Bower v. U.S. Department of Justice (1:26-cv-00215)

To Whom It May Concern,

Please find enclosed email service in *Bower v. U.S. Department of Justice* (1:26-cv-00215), filed January 24, 2026, in the U.S. District Court for the District of Columbia. The attached PDF includes each of the Court-issued Summonses, the Complaint and its Exhibit, the Civil Cover Sheet, and Notice & Consent Forms.

Please acknowledge receipt at your earliest convenience.

Thank you,
Emmy

**Emmy Wydman** (she/hers)
Civil Service Law Center LLP
civilservicellp.com

*This message is from a law firm and may contain information that is confidential and/or legally privileged. If you are not the intended recipient, please immediately notify the sender by reply email and delete this message and any attachments from your system. Thank you for your understanding and cooperation.*