AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Anna Bower, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 26-0215 (CRC) |
| Department of Justice | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Department of Justice.

Date: 03/02/2026

/s/ Dimitar P. Georgiev
*Attorney's signature*

Dimitar P. Georgiev, D.C. Bar #1735756
*Printed name and bar number*

U.S. Attorney's Office for the District of Columbia
601 D Street, NW
Washington, DC 20530
*Address*

dimitar.georgiev-remmel@usdoj.gov
*E-mail address*

(202) 252-7678
*Telephone number*

*FAX number*