CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

BOWER, et al.
_____
       Plaintiff(s)

Civil Action No. __1:26-cv-00215__

vs.

U.S. DEPARTMENT OF JUSTICE
_____
       Defendant(s)

## AFFIDAVIT OF MAILING

I, __Margaret (Emmy) Wydman_____, hereby state that:

On the __6_____ day of __February_____, __2026___, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington DC, 20530-001

I have received the receipt for the certified mail, No. __9589 0710 5270 3571 7840 48_____ (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the __9_____ day of __February_____, __2026___.

I declare under penalty of perjury that the foregoing is true and correct.

__03/11/2026_____
      (Date)

_____
      (Signature)



## U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington DC 20530  OFFICIAL USE

0270
26

| | |
|---|---|
| Certified Mail Fee  $5.30 | |
| $ | |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery $ $0.00 | |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ $0.00 | |
| Postage $11.95 | |
| $ | |
| Total Postage and Fees $17.25 | 02/06/2026 |
| $ | |

Sent To: U.S. Department of Justice

Street and Apt. No., or PO Box No. 950 Pennsylvania Ave NW

City, State, ZIP+4® Washington DC 20530-0001

9589 0710 5270 3572 7840 48

 **Outlook**

---

**USPS® Item Delivered, Individual Picked Up at Post Office 9589071052703571784048**

---

**From** auto-reply@usps.com <auto-reply@usps.com>

**Date** Thu 2/12/2026 9:31 AM

**To**   Emmy Wydman <ewydman@civilservicellp.com>



Hello **Emmy Wydman**,

Your item was picked up at the post office at 4:46 am on February 9, 2026 in WASHINGTON, DC 20530.

Tracking Number: **9589071052703571784048**

## Delivered, Individual Picked Up at Post Office



**Tracking & Delivery Options**

**My Account**

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

BOWER, et al.
_____
              Plaintiff(s)

                                                    Civil Action No. __1:26-cv-00215__

        vs.


U.S. DEPARTMENT OF JUSTICE
_____
              Defendant(s)


### AFFIDAVIT OF MAILING

I, __Margaret (Emmy) Wydman_____, hereby state that:

On the __6____ day of __February_____, __2026__, I caused to be deposited in the

United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid,

return receipt requested, restricted delivery, addressed to the following defendant:


Attorney General of the United States, 950 Pennsylvania Ave NW, Washington DC 20530-001


I have received the receipt for the certified mail, No. __9589 0710 5270 3571 7835 08____

(attached hereto), indicating that delivery of the summons and complaint was made upon said defendant

on the __9_____ day of __February_____, __2026__.

I declare under penalty of perjury that the foregoing is true and correct.


_____03/11/2026_____                    _____
              (Date)                                          (Signature)



 **Outlook**

**USPS® Item Delivered, Individual Picked Up at Post Office 9589071052703571783508**

**From** auto-reply@usps.com <auto-reply@usps.com>

**Date** Thu 2/12/2026 9:18 AM

**To** Emmy Wydman <ewydman@civilservicellp.com>



Hello **Emmy Wydman**,

Your item was picked up at the post office at 4:46 am on February 9, 2026 in WASHINGTON, DC 20530.

Tracking Number: **9589071052703571783508**

**Delivered, Individual Picked Up at Post Office**



**Tracking & Delivery Options**

**My Account**