UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANNA BOWER, et al.,

          Plaintiffs,

          v.

DEPARTMENT OF JUSTICE,

          Defendant.

Civil Action No. 26-0215 (CRC)

**JOINT STATUS REPORT**

Pursuant to the Court's March 4, 2026, Minute Order, the parties submit this joint status report in this Freedom of Information Act ("FOIA") case.

The parties report that they conferred regarding the scope of Plaintiffs' FOIA request. Plaintiffs agreed to limit their request to (1) settlements including programmatic changes or relief, and/or (2) monetary settlements exceeding $50,000. Plaintiffs also clarified that they do not seek FOIA settlements, EEOC settlements, or EEO settlements involving the named Department of Justice components purely as defendants.

The Department reports that processing of FOIA requests is decentralized. Because Plaintiffs' FOIA request seeks records from multiple Department components, each component provides a separate update regarding the status of its processing of Plaintiffs' request:

**Antitrust Division**: Based on Plaintiffs' clarified scope of the request, and after completing a search of Antitrust Division offices, the Antitrust Division has no responsive records.

**Civil Division ("CIV")**: CIV reports that it is continuing to evaluate this request and has inquired with potential records custodians within the Division as to whether the Division maintains any potentially responsive records. The Civil Division will endeavor to complete these inquiries

1

and either provide a response or an update on any relevant processing details by the date of the next status report. This will include any potentially responsive records relating to civil tax litigation (formerly under the Tax Division), which now fall under the purview of CIV's Office of Records and Information.

**Civil Rights Division ("CRT")**: The Civil Rights Division has crafted an electronic search of a multitude of current and former employees and is currently collecting the electronic data. Upon collection, the data will be ingested into a review tool, denisted and deduplicated, at which time the Division will be able to determine the volume of potentially responsive material. The Civil Rights Division anticipates beginning review of the potentially responsive material in early April.

**Office of Legal Counsel ("OLC")**: OLC anticipates completing its initial search for potentially responsive records by April 13, 2026. If any potentially responsive records are identified, it will then review those records for responsiveness and applicable exemptions, including any necessary consultations.

**Office of Information Policy ("OIP")**: OIP is processing the part of the FOIA request directed at the Office of the Attorney General, Office of the Deputy Attorney General, Office of the Associate Attorney General, and OIP. OIP reports that it is currently in the process of conducting an initial electronic keyword search and anticipates completing this search by April 24, 2026. Once the search is completed and OIP has an opportunity to evaluate the initial search results, OIP will provide an estimated timeline for initial responsiveness review and deduplication of the material based on the volume returned.

The parties respectfully request that the Court permit them to file another joint status report on or before June 18, 2026.

Dated: March 19, 2026                    Respectfully submitted,


                                         JEANINE FERRIS PIRRO
                                         United States Attorney

                                         By:        /s/ Jeremy S. Simon
                                              JEREMY S. SIMON, D.C. Bar #447956
                                              DIMITAR P. GEORGIEV, D.C. Bar #1735756
                                              Assistant United States Attorney
                                              601 D Street, NW
                                              Washington, DC 20530
                                              (202) 252-2528
                                              (202) 252-7678

                                         *Attorneys for the United States of America*

                                              /s/ Kathleen Shelton
                                              Kathleen Shelton (DC Bar No. 1619066)
                                              Clayton L. Bailey (DC Bar No. 1644867)
                                              Margaret (Emmy) Wydman (DC Bar No. 9007646)
                                              **Civil Service Law Center LLP**
                                              1455 Pennsylvania Ave NW, Suite 400
                                              Washington, DC 20004
                                              (202) 505-7920
                                              kshelton@civilservicellp.com
                                         *Counsel for Plaintiffs*

3