UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANNA BOWER, et al.,

       Plaintiffs,

       v.

DEPARTMENT OF JUSTICE,

       Defendant.

Civil Action No. 26-0215 (CRC)

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Jeremy S. Simon as counsel for Defendant in the above captioned case.

Respectfully submitted,

_____/s/_____
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.Simon@usdoj.gov

*Counsel for Defendant*