UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANNA BOWER, et al., | |
| Plaintiffs, | |
| v. | Civil Action No. 26-0215 (CRC) |
| DEPARTMENT OF JUSTICE, | |
| Defendant. | |

**JOINT STATUS REPORT**

Pursuant to the Court's March 23, 2026, Minute Order, the parties submit this joint status report in this Freedom of Information Act ("FOIA") case.

The parties previously reported that Plaintiffs agreed to limit their request to (1) settlements including programmatic changes or relief, and/or (2) monetary settlements exceeding $50,000.  Plaintiffs also clarified that they do not seek FOIA settlements, EEOC settlements, or EEO settlements involving the named Department of Justice components purely as defendants.

As the Department previously reported, processing of FOIA requests is decentralized. Because Plaintiffs' FOIA request seeks records from multiple Department components, each component provides a separate update regarding the status of its processing of Plaintiffs' request:

**Antitrust Division**: Based on Plaintiffs' clarified scope of the request, and after completing a search of Antitrust Division offices, the Antitrust Division has no responsive records.

**Civil Division ("CIV")**: CIV reports that it initiated searches with potential records custodians within the Division. These searches are ongoing and CIV has begun to compile potentially responsive records. The parties report that they are also conferring regarding the scope of Plaintiff's FOIA request.

1

**Civil Rights Division ("CRT")**: CRT completed its electronic search of identified custodians, collected the data, and imported it into a review tool in April. After denisting and deduplicating, CRT was able to determine a volume of approximately 61GB potentially responsive documents. CRT began reviewing the potentially responsive documents in May. The parties report that Plaintiff has requested a production schedule and CRT is reviewing the request.

**Office of Legal Counsel ("OLC")**: OLC has completed its initial search and identified a small number of potentially responsive records. OLC is reviewing these records for responsiveness and applicable exemptions, including necessary consultations, and anticipates making a first response on or by July 31, 2026.

**Office of Information Policy ("OIP")**: OIP continues to conduct an initial electronic keyword search. Once the search is completed and OIP has an opportunity to evaluate the initial search results, OIP will provide an estimated timeline for initial responsiveness review and deduplication of the material based on the volume returned. The parties report that Plaintiff has requested a production schedule and OIP is reviewing the request.

The parties respectfully request that the Court permit them to file another joint status report on or before August 17, 2026.

*       *       *

2

Dated: June 18, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:  _____*/s/ Dimitar P. Georgiev*_____
    DIMITAR P. GEORGIEV, D.C. Bar #1735756
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-7678

*Attorneys for the United States of America*

 _*/s/ Kathleen Shelton*_____
    Kathleen Shelton (DC Bar No. 1619066)
    Clayton L. Bailey (DC Bar No. 1644867)
    Margaret (Emmy) Wydman (DC Bar No. 9007646)
    **Civil Service Law Center LLP**
    1455 Pennsylvania Ave NW, Suite 400
    Washington, DC 20004
    (202) 505-7920
    kshelton@civilservicellp.com

*Counsel for Plaintiffs*

3