UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANNA BOWER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>Defendant. | Civil Action No. 26-0215 (CRC) |

**JOINT STATUS REPORT**

Pursuant to the Court's June 23, 2026, Minute Order, the parties submit this joint status report in this Freedom of Information Act ("FOIA") case.

The parties previously reported that Plaintiffs agreed to limit their request to (1) settlements including programmatic changes or relief, and/or (2) monetary settlements exceeding $50,000. Plaintiffs also clarified that they do not seek FOIA settlements, EEOC settlements, or EEO settlements involving the named Department of Justice components purely as defendants.

As the Department previously reported, processing of FOIA requests is decentralized. Because Plaintiffs' FOIA request seeks records from multiple Department components, each component provides a separate update regarding the status of its processing of Plaintiffs' request:[1]

**Civil Division ("CIV")**: CIV reports that the parties continue to confer regarding the scope of Plaintiff's FOIA request. Due to the current broad scope of Plaintiff's FOIA request, CIV is still completing its search of all potentially applicable branches, sections, and offices. CIV will endeavor to make an initial interim response on or before September 15, 2026.

---

1 The Antitrust Division previously reported it completed processing Plaintiffs' FOIA request and, therefore, does not provide an additional substantive update. Jt. Status Rep. (Dkt. 12).

**Civil Rights Division ("CRT")**: CRT reports that it reviewed the records identified during its search and is preparing a final determination.

**Office of Legal Counsel ("OLC")**: OLC provided its final response on August 12, 2026.

**Office of Information Policy ("OIP")**: OIP continues to conduct an initial electronic keyword search. Once the search is completed and OIP has an opportunity to evaluate the initial search results, OIP will provide an estimated timeline for initial responsiveness review and deduplication of the material based on the volume returned. Due to the generality of the search terms employed as necessitated by the request, OIP expects a large volume of false hits but intends to review the records dynamically and will confer with Plaintiff further to facilitate the most efficient responsiveness review.

The parties respectfully request that the Court permit them to file another joint status report on or before October 15, 2026.

* * *

Dated: August 17, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: *    /s/ Dimitar P. Georgiev*
DIMITAR P. GEORGIEV, D.C. Bar #1735756
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-7678

*Attorneys for the United States of America*

*/s/ Kathleen Shelton*
Kathleen Shelton (DC Bar No. 1619066)
Clayton L. Bailey (DC Bar No. 1644867)
Margaret (Emmy) Wydman (DC Bar No. 9007646)
**Civil Service Law Center LLP**
1455 Pennsylvania Ave NW, Suite 400
Washington, DC 20004
(202) 505-7920
kshelton@civilservicellp.com

*Counsel for Plaintiffs*