UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANNA BOWER, et al., Plaintiffs, v. DEPARTMENT OF JUSTICE, Defendant. | Civil Action No. 26-0215 (CRC) |

# JOINT STATUS REPORT

Pursuant to the Court's June 23, 2026, Minute Order, the parties submit this joint status report in this Freedom of Information Act ("FOIA") case.

The parties previously reported that Plaintiffs agreed to limit their request to (1) settlements including programmatic changes or relief, and/or (2) monetary settlements exceeding $50,000. Plaintiffs also clarified that they do not seek FOIA settlements, EEOC settlements, or EEO settlements involving the named Department of Justice components purely as defendants.

As the Department previously reported, processing of FOIA requests is decentralized. Because Plaintiffs' FOIA request seeks records from multiple Department components, each component provides a separate update regarding the status of its processing of Plaintiffs' request:[1]

**Civil Division ("CIV")**: CIV provided an interim response on October 14, 2026. CIV reports that the parties continue to confer regarding the scope of Plaintiff's FOIA request. Due to the current broad scope of Plaintiff's FOIA request, CIV is still completing its search of all

1 The Antitrust Division and the Office of Legal Counsel ("OLC") previously reported they completed processing Plaintiffs' FOIA request and, therefore, do not provide an additional substantive update. *See* Jt. Status Rep. (Dkt. 16) (OLC); Jt. Status Rep. (Dkt. 12) (Antitrust Division).

potentially applicable branches, sections, and offices. CIV will endeavor to make an additional interim response on or before November 13, 2026.

**Civil Rights Division ("CRT")**: CRT reports that it issued a final determination on September 17, 2026.

**Office of Information Policy ("OIP")**: OIP completed its initial electronic keyword search and responsiveness review, and anticipates issuing a final response within the next 30 days.

The parties respectfully request that the Court permit them to file another joint status report on or before December 17, 2026.

* * *

Dated: October 15, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Dimitar P. Georgiev*
DIMITAR P. GEORGIEV, D.C. Bar #1735756
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-7678

*Attorneys for the United States of America*

*/s/ Kathleen Shelton*
Kathleen Shelton (DC Bar No. 1619066)
Clayton L. Bailey (DC Bar No. 1644867)
Margaret (Emmy) Wydman (DC Bar No. 9007646)
**Civil Service Law Center LLP**
1455 Pennsylvania Ave NW, Suite 400
Washington, DC 20004
(202) 505-7920
kshelton@civilservicellp.com

*Counsel for Plaintiffs*